**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: JUDGES ANDERS, CAMPBELL, AND THE FOUR POLICE MISCONDUCT CASES | :  No. 84 EM 2020<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 23rd day of February, 2021, the "Application for Relief Pursuant to the Court's King's Bench and Extraordinary Jurisdiction Powers" is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.